UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Tamer Salah
                    Plaintiff,

v.                                      Case No.: 1:17–cv–08289
                                            Honorable Charles P. Kocoras

Synchrony Bank
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 6, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court dismisses this case without prejudice pending arbitration, with leave to reinstate on or before 3/6/2019. Said dismissal will then become with prejudice without further order of the Court unless the complaint has been reinstated or the time to reinstate has been extended by the Court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.